## DAVIS v. UNITED STATES.

No. 456.   Decided December 12, 1960.

*George F. Callaghan* and *Julius Lucius Echeles* for petitioner.

*Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

PER CURIAM.

Upon consideration of the entire record and the suggestion of the Solicitor General, the petition for writ of certiorari is granted limited to that part of the judgment concerned with Counts I, II, and III of the indictment, and that part of the judgment is reversed and the case is remanded to the District Court for a new trial on Counts I, II, and III.   In all other respects the petition for writ of certiorari is denied.